# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: SUCCESSION OF VAN
ROYAL SMALL SR.

NO.  2026 CW 0554

**JULY 13, 2026**

---

In Re:     Grace Compton Small, applying for supervisory writs,
           23rd Judicial District Court, Parish of Ascension, No.
           21104.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

   **STAY DENIED; WRIT DENIED.**

                          MRT
                          WIL
                          SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT